UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHERYL BESSER, individually and on
behalf of all others similarly situated;

      Plaintiff                                Case No. 13-14213 BAF-LJM

v.                                           Complaint – Class Action

THE STATE BANK,                         Jury Demanded

      Defendant

### ORDER OF COURT

AND NOW, this 22nd day of January, 2014, upon consideration of the Parties' Stipulation of Dismissal (Dkt. #9),

IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to Plaintiff's individual claims and dismissed without prejudice as to the claims of any alleged class members.

January 22, 2014

                                       BY THE COURT:

                                       S/ Bernard A. Friedman
                                       HON. BERNARD A. FRIEDMAN
                                       U.S. DISTRICT COURT JUDGE